TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00206-CV






Damiun Stillwell, Appellant


v.


Texas Department of Family and Protective Services, Appellee






FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT

NO. A-05-0273-CPS, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING





O R D E R

PER CURIAM

 Appellant's counsel, Rosemary Rose, has filed an unopposed motion for extension
of time to file appellant's brief. We will grant the extension and ORDER counsel to file appellant's
brief no later than August 17, 2009. No further extensions will be granted.

 It is ordered July 14, 2009.



Before Justices Patterson, Puryear and Pemberton